**Opinion issued April 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00104-CV

———————————

**GERALD MCWILLIAMS, Appellant**

**V.**

**JOSHUA WATSON, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-44370**

---

## MEMORANDUM OPINION

On September 14, 2021, this Court issued an order staying and abating this appeal because appellee petitioned for bankruptcy. *See* TEX. R. APP. P. 8.2. On May 17, 2022, appellant filed a motion requesting that our Court lift the stay and abatement because an order of discharge was issued in appellee's bankruptcy case

on November 23, 2021. On May 18, 2022, appellee filed a motion requesting that our Court (1) reinstate the appeal and (2) dismiss the appeal because the underlying claims have been discharged in the bankruptcy. On October 25, 2022, our Court granted the parties' requests to reinstate the appeal and ordered appellant to respond to appellee's request for dismissal within 30 days. Appellant did not file a response. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.